# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THO LE,<br><br>        Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>        Defendants. | Case No.  1:13-cv-01925 AWI DLB PC<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO<br><br>(Doc. 1) |

On November 25, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Tho Le.[1]  The complaint is not signed and sets forth no intelligible claims for relief.   Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997); <u>C. E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Le, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   November 26, 2013                    _____
                                                                   SENIOR  DISTRICT  JUDGE

---

[1] Mr. Jo has filed hundreds of actions with this Court, almost all of which are initiated with an unsigned complaint setting forth no intelligible claims for relief.  In this complaint, although "Tho Le" appears as the Plaintiff in the caption, Mr. Jo's name, address and prisoner number are on the bottom left corner of the pleading.  No address has been provided for Mr. Le.